*J. B. Ju ian*, for the appellants.

*O. P. Morton*, *J. F. Kibbey*, and *N. J. Johnson*, for the appellee.

---

## SHATTELL v. WOODWARD.

A mechanic's lien can be enforced, under our statute, for work done and materials furnished in the erection of a school-house, built by order and contract of a township trustee.

APPEAL from the *Warren* Common Pleas.

*Per Curiam.*—The only question in this case, is whether a mechanic's lien can be enforced, under our statute, for work done and materials furnished in the erection of a school-house, built by order and contract of a township trustee, for the purpose of common schools.

The statute appears to be so general as to include such houses, and we think, *prima facie*, does. If any facts exist that should prevent the operation of the statute in a given case, they should be shown in defense.

The judgment is reversed, with costs. Cause remanded, &c.

*Gregory & Harper*, for the appellant.

*J. W. Brown*, *J. Park*, and *Levi Miller*, for the appellee.